FREDERICK HERRSCHNER, Plaintiff-Appellee, *v.* XTTRIUM LABORATORIES, INC., Defendant-Appellant.

(No. 60538;

First District (5th Division)—February 14, 1975.

PER CURIAM.

John L. Malone and Donald W. Larson, both of Chicago (Riordan, Malone & Kelly, of counsel), for appellant.

Morris Solomon, of Chicago (Kennedy, Golan, Morris, Spangler & Greenberg, of counsel), for appellee.